### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

                   :

                   :

      V.                :         **CRIMINAL NUMBER 26-41**

                   :

                   :

EMILY ZAWACKI           :

## O R D E R

**AND NOW,** this          day of                         , 2026, upon consideration of the Defendant's Unopposed Motion for Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**.   The Court finds that the parties need additional time to determine whether a non-trial disposition can be negotiated and, if not, the defense needs additional time to prepare for trial.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Trial in this matter shall begin on the          day of                         , 2026.

**BY THE COURT:**

_____

**THE HONORABLE NITZA I. QUIÑONES**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 26-41** |
| | : | |
| | : | |
| **EMILY ZAWACKI** | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Emily Zawacki, by her counsel undersigned, respectfully requests a continuance of trial in this case.   In support of this request, it is stated:

1.    On February 19, 2026, Ms. Zawacki was arraigned before the Honorable Lynne A. Sitarski and entered a plea of not guilty to the instant indictment.

2.    Jury selection is scheduled to begin on June 5, 2026, with the trial beginning on June 8, 2026.

3.    The defense has received discovery in this case.   Defense counsel and the government are actively seeking a non-trial disposition for this case and require additional time to review necessary documents and for defense counsel to meet and confer with Ms. Zawacki. A continuance of not less than forty-five (45) days is respectfully requested.

4.    Assistant United States Attorneys Mary E. Crawley and S. Chandler Harris have no objection to this continuance motion.

5.    Defense counsel stipulates that the time from the filing of this motion until the trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted.

Respectfully submitted,

/s/ Nancy MacEoin
NANCY MacEOIN
Assistant Federal Defender
Chief, Trial Unit

# **CERTIFICATE OF SERVICE**

I, Nancy MacEoin, Assistant Federal Defender, Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Defendant's Unopposed Motion for Continuance of Trial via the Court's Electronic Filing (ECF) system, which sent notifications to Mary E. Crawley, Assistant United States Attorney, Senior Litigation Counsel, and S. Chandler Harris, Assistant United States Attorney, via their email addresses Mary.Crawley2@usdoj.gov and Chandler.Harris@usdoj.gov.


/s/ Nancy MacEoin
NANCY MacEOIN
Assistant Federal Defender
Chief, Trial Unit

DATE:   May 21, 2026